UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN W. CHILD, | ) |
|  | ) |
| *Plaintiff,* | ) |
| v. | ) |
|  | ) Civil Action No. 05-11814-NMG |
| TITAN PROPANE LLC, AND | ) |
| ADRIEN R. TURCOTTE, | ) |
|  | ) |
| *Defendants.* | ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Joy E. Barni on behalf of the Defendant Titan Propane LLC in the above-captioned matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | TITAN PROPANE LLC, |
|  |  |
|  | By its attorneys, |
|  |  |
| Dated: October 14, 2005 | /s/ Joy E. Barni |
|  | Danielle Y. Vanderzanden, BBO #563833 |
|  | Joy E. Barni, BBO #653711 |
|  | DAY, BERRY & HOWARD LLP |
|  | One International Place |
|  | Boston, MA 02110 |
|  | (617) 345-4600 |

## **CERTIFICATE OF SERVICE**

    I, Joy E. Barni, do hereby certify that on the 14th day of October, 2005, I served the within **Notice of Appearance** by causing a copy to be mailed, first class postage prepaid and addressed to counsel for plaintiff, T. George Davis, P.O. Box 1150, Vineyard Haven, MA 02568.

    /s/   Joy E. Barni_____
    Joy E. Barni