UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN W. CHILD,

*Plaintiff,*

v.

TITAN PROPANE LLC, AND
ADRIEN R. TURCOTTE,

*Defendants.*

Civil Action No. 05-11814-NMG

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Danielle Y. Vanderzanden on behalf of the Defendant Titan Propane LLC in the above-captioned matter.

Respectfully submitted,

TITAN PROPANE LLC,

By its attorney,

Dated: October 14, 2005

/s/ Danielle Y. Vanderzanden

Danielle Y. Vanderzanden, BBO #563833
Joy E. Barni, BBO #653711
DAY, BERRY & HOWARD LLP
One International Place
Boston, MA 02110
(617) 345-4600

**CERTIFICATE OF SERVICE**

I, Danielle Y. Vanderzanden, do hereby certify that on the 14th day of October, 2005, I served the within **Notice of Appearance** by causing a copy to be mailed, first class postage prepaid and addressed to counsel for plaintiff, T. George Davis, P.O. Box 1150, Vineyard Haven, MA 02568.

/s/ Danielle Y. Vanderzanden
Danielle Y. Vanderzanden