UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. CHILD,<br><br>   *Plaintiff,*<br>v.<br><br>TITAN PROPANE LLC, AND<br>ADRIEN R. TURCOTTE,<br><br>   *Defendants.* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-11814-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT TITAN PROPANE LLC'S**
**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Local Rule 7.3, Defendant Titan Propane LLC states that it is a subsidiary of Titan Energy Partners LP, a privately held Delaware limited partnership, and that no publicly held company owns 10% or more of Titan Propane LLC stock.

            Respectfully submitted,

            DEFENDANT,
            TITAN PROPANE LLC,

            By its attorneys,

              /s/ Joy E. Barni
            Danielle Y. Vanderzanden, BBO #563833
            Joy E. Barni, BBO #653711
            DAY, BERRY & HOWARD LLP
Dated: October 14, 2005       One International Place
            Boston, MA 02110
            (617) 345-4600

**CERTIFICATE OF SERVICE**

    I, Joy E. Barni, do hereby certify that on the 14th day of October, 2005, I served the within **Defendant Titan Propane LLC's Local Rule 7.3 Corporate Disclosure Statement** by causing a copy to be mailed, first class postage prepaid and addressed to counsel for plaintiff, T. George Davis, P.O. Box 1150, Vineyard Haven, MA 02568.

                                              /s/   Joy E. Barni
                                              Joy E. Barni