UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. CHILD,<br><br>        *Plaintiff,*<br><br>v.<br><br>TITAN PROPANE LLC, AND<br>ADRIEN R. TURCOTTE,<br><br>        *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-11814-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff John W. Child and Defendant Titan Propane LLC ("Titan Propane"), that the date by which Titan Propane must serve an answer or any other pleading or motion contemplated by Fed. R. Civ. P. 12 is extended through and including December 1, 2005.

                                                  Respectfully submitted,

| | |
|---|---|
| PLAINTIFF,<br>JOHN W. CHILD, | DEFENDANT,<br>TITAN PROPANE LLC, |
| By his attorney, | By its attorneys, |
|    /s/ T. George Davis<br>T. George Davis, BBO #646667<br>P.O. Box 1150<br>Vineyard Haven, MA 02568<br>(508) 693-8820 |    /s/ Joy E. Barni<br>Danielle Y. Vanderzanden, BBO #563833<br>Joy E. Barni, BBO #653711<br>DAY, BERRY & HOWARD LLP<br>One International Place<br>Boston, MA 02110<br>(617) 345-4600 |

Dated: October 14, 2005

## CERTIFICATE OF SERVICE

    I, Joy E. Barni, do hereby certify that on the 14th day of October, 2005, I served the within **Stipulation Extending Time** by causing a copy to be mailed, first class postage prepaid and addressed to counsel for plaintiff, T. George Davis, P.O. Box 1150, Vineyard Haven, MA 02568.


    /s/   Joy E. Barni
    Joy E. Barni