UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| JOHN W. CHILD,<br><br>   *Plaintiff,*<br>v.<br><br>TITAN PROPANE LLC, AND<br>ADRIEN R. TURCOTTE,<br><br>   *Defendants.* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11814-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATEMENT OF COUNSEL PURSUANT TO LOCAL RULE 16.1 (D)**

The Plaintiff, John W. Child, and the Defendants, Titan Propane LLC ("Titan Propane") and Adrien R. Turcotte ("Turcotte"), by their attorneys, submit jointly the following joint statement, in the above-captioned action, pursuant to the provisions of Fed.R.Civ.P. 26(f) and Local Rule 16.1 (D).

**I. RULE 26(F)/LOCAL RULE 16.1 (D) CONFERENCE**

A telephone call was held on October 25, 2005, pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1 (B). The following counsel participated in the teleconference:

T. George Davis for the Plaintiff,

Joy E. Barni of Day, Berry & Howard for Defendant Titan Propane, and

Norman Holtz of Holtz & Reed for Defendant Turcotte.

**II. PROPOSED JOINT DISCOVERY PLAN AND CASE SCHEDULE**

**DISCOVERY NEEDED:** Discovery on issues of liability and damages.

**MANDATORY DISCLOSURES Fed. R. Civ. P. 26(a)(1):** On or before January 15, 2006.

**COMPLETION OF DISCOVERY:** All discovery, including depositions and responses to discovery requests, to be completed on or before October 15, 2006.

**INTERROGATORIES:** A maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service unless otherwise agreed to pursuant to Fed. R. Civ. P. 29.

**REQUESTS FOR ADMISSION:** A maximum of *25* requests for admission by each party to any other party. Responses due 45 days after service unless otherwise agreed to pursuant to Fed. R. Civ. P. 29.

**DEPOSITIONS:** Each deposition limited to a maximum of *eight* hours unless extended by agreement of the parties.

**DISCLOSURE OF EXPERTS/WRITTEN REPORTS/SUPPLEMENTATIONS:**

    1.    The plaintiff shall designate experts, if any, by August 15, 2006;

    2.    The defendant shall designate experts, if any, by September 15, 2006;

    3.    All expert depositions, if any, to be completed by October 15, 2006.

**DISPOSITIVE MOTIONS:** All dispositive motions are to be filed on or before November 15, 2006, with oppositions thereto filed by December 15, 2006.

### III. OTHER MATTERS

    1.    <u>Joinder of Additional Parties</u>: On or before January 1, 2006.

    2.    <u>Third-Party Actions</u>: On or before January 1, 2006.

    3.    <u>Amendments And/Or Supplements To The Pleadings</u>: On or before January 30, 2006.

    4.    <u>Trial by Magistrate</u>. At this time, the parties do not consent to trial before a United States Magistrate Judge.

    5.    <u>Certification of Consultation</u>. The parties shall file at the initial scheduling conference the parties' respective certifications pursuant to Local Rule 16.1 (D) (3).

    6.    <u>Settlement Proposals</u>. Plaintiff has not yet presented Defendants with a written settlement proposal pursuant to Local Rule 16.1 (C). The Defendants will be

prepared to respond to any such proposal provided sufficiently in advance of the Scheduling Conference.

## IV. AGENDA

The parties propose the following agenda for the Scheduling Conference:

1. The discovery plan and case schedule outlined above; and

2. Such other matters as the Court may find appropriate.

Respectfully submitted,  
The Plaintiff  
**JOHN W. CHILD,**

By his attorney,

/s/ T. George Davis  
T. George Davis, BBO# 646667  
P.O. Box 1150  
Vineyard Haven, MA 02568  
(617) 523-6511

Respectfully submitted,  
Defendant,  
**TITAN PROPANE LLC,**

By its attorneys,

/s/ Joy E. Barni  
Danielle Y. Vanderzanden, BBO #563833  
Joy E. Barni, BBO #653711  
DAY, BERRY & HOWARD LLP  
One International Place  
Boston, MA 02110  
(617) 345-4600

Defendant,  
**ADRIEN R. TURCOTTE,**

By his attorney,

/s/ Norman Holtz  
Norman Holtz, BBO #23880  
HOLTZ & REED  
25 New Chardon Street, 4th Floor  
Boston, MA 02114  
(617) 720-0501

Dated: October 25, 2005

## CERTIFICATE OF SERVICE

    I, Joy E. Barni, do hereby certify that on the 25th day of October, 2005, I served the foregoing by causing a copy to be mailed, first class postage prepaid and addressed to counsel for plaintiff, T. George Davis, P.O. Box 1150, Vineyard Haven, MA 02568, and counsel for defendant, Norman Holtz, Holtz & Reed, 25 New Chardon Street, 4th Floor, Boston, MA 02114

                                            /s/   Joy E. Barni_____
                                            Joy E. Barni