UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. CHILD<br><br>    Plaintiff<br><br>v.<br><br>ADRIEN R. TURCOTTE and<br>TITAN PROPANE LLC d/b/a VINEYARD<br>PROPANE<br><br>    Defendants | CIVIL ACTION NO. 05-11814-NMG |

NOTICE OF DISMISSAL

  Pursuant to the provisions of Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the plaintiff hereby voluntarily dismisses Titan Propane LLC d/b/a Vineyard Propane ("Titan") as a defendant in the above-captioned action. Titan has filed no answer or motion for summary judgment in this action.

            JOHN W. CHILD
            By his Attorney,

            _____
            T. George Davis, Jr. (BBO# 646667)
            P.O. Box 1150
            Vineyard Haven, MA  02568
            Tel. (508) 693-8820

Dated: November 10, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following attorneys of record, by first class mail, postage prepaid, on November 10, 2005:

Danielle Y. Vanderzanden, Esq.
Day, Berry & Howard LLP
One International Place
Boston, MA  02110

Norman Holtz, Esq.
Holtz & Reed, LLC
25 New Chardon Street
Boston, MA  02114

_____
T. George Davis, Jr.