UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. CHILD<br><br>        Plaintiff<br><br>v.<br><br>ADRIEN R. TURCOTTE and<br>TITAN PROPANE LLC d/b/a VINEYARD PROPANE<br><br>        Defendants | CIVIL ACTION NO. 05-11814-NMG |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff John W. Child and defendant Adrien R. Turcotte hereby stipulate to the dismissal of this action and all claims with prejudice and without costs, each party to bear its own attorneys' fees and expenses. The parties waive all rights of notice and appeal.

| | |
|---|---|
| JOHN W. CHILD<br>By his Attorney, | ADRIEN R. TURCOTTE<br>By his Attorney, |
| /s/ T. George Davis<br>T. George Davis, Jr., Esq.<br>BBO# 646667<br>P.O. Box 1150<br>Vineyard Haven, MA 02568<br>Tel. (508) 693-8820 | /s/ Norman Holtz<br>Norman Holtz, Esq.<br>BBO# 238880<br>Holtz & Reed, LLP<br>25 New Chardon Street<br>Boston, MA 02114<br>Tel. (617) 720-0501 |

Dated: August 26, 2006